U.S Department of Justice

*United States Attorney*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of TEXAS

| United States of America | ) | |
|---|---|---|
| v. | ) | MAGISTRATE'S NO. B-13- 872-MJ |
| Marco Antonio GARCIA | ) | DISTRICT CT. NO. _____ |

United States District Court
Southern District of Texas
FILED

OCT 13 2013

David J. Bradley, Clerk of Court

## AFFIDAVIT

On this date appeared before the Court the following Agent, who, after being duly sworn, deposed and said: In the captioned case,

1. Gildarda NICOLAS-Garcia          3.

2. Maria Isabel QUINTEROS-Argueta   4.

(is)are material witness(es) for the prosecution at the trial of the above-named defendant(s) who (is)are charged with violation of certain federal laws. The witness(es) are citizens of _____EL SALVADOR, MEXICO_____, illegally within the United States. Should they be left to their own devices and return home, they are not subject to extradition, and it will be impracticable to secure their presence at such time as the case is called for trial.

Ibarra, Flor
Investigator/Agent

SUBSCRIBED and sworn to before me this __13__ day of _____October_____, __2013__.

Felix Recio
UNITED STATES MAGISTRATE JUDGE

In view of the above affidavit, it is requested of the United States Magistrate that the witness(es) named in the affidavit be required to make bail in such amount as the United States Magistrate should see fit to assure their presence at the trial, and should they be unable to make such bond, that they be committed to the custody of the United States Marshal pending final disposition of the criminal case, as provided by Rule 46(b) of the Federal Rules of Criminal Procedure.

It is ORDERED on this __13__ day of _____October_____, __2013__, that the above witness(es) who were this date brought before me be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $ _____.

Felix Recio
UNITED STATES MAGISTRATE JUDGE

WDT-CR-5(1)