Id
10/15/13

**BROWNSVILLE DIVISION**  
FILE: 2013R27594  
B-13-882-MJ

CRIMINAL DOCKET

NO. B-13-870

**INDICTMENT**  
COUNTY: CAMERON

Filed: November 5, 2013

Judge: Hilda G. Tagle

**ATTORNEYS:**

**UNITED STATES OF AMERICA**

KENNETH MAGIDSON, USA

**vs.**

KAREN BETANCOURT, AUSA

**MARCO ANTONIO GARCIA**   (YOB: 1987)   United States

| | | |
|---|---|---|
| **CHARGE:** | Ct. 1: | Conspiracy to bring into and transport certain aliens within the U.S.; |
| Total | | 8 USC 1324(a)(1)(A)(v)(I) |
| Counts | Ct. 2-3: | Transporting Illegal Aliens; |
| (3) | | 8 USC 1324(a)(1)(A)(ii) |

**PENALTY:**   10 years and/or $250,000 plus 3 years supervised release term

In Jail:  
On Bond: x  
No Arrest:  
U.S. Customs & Border Protection: Jesus Arellano

## P R O C E E D I N G S: