IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 2 2014

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

V.                                                          CR. NO.  B-13-0870

MARCO ANTONIO GARCIA

## ORDER

Having considered the Unopposed Motion for Continuance filed by defendant, **MARCO ANTONIO GARCIA,** the Court is hereby of the opinion that said Unopposed Motion for Continuance should be **GRANTED.**

**IT IS THEREFORE ORDERED** that this case be continued for Sentencing from June 25, 2014, to _August 5_, 2014 at _10:00_ A.M/~~P.M~~.

SIGNED and ORDERED on _April 22_, 2014.

_____
HILDA G. TAGLE
SENIOR UNITED STATES DISTRICT JUDGE